## ATTACHMENT A

I.     Seizure Procedure

     A.     The seizure warrant will be presented in person or transmitted via facsimile or email to personnel of the domain name registry listed in Section II ("Subject Registry") who will be directed, for the domain names listed in Section III ("Subject Domain Names") for which it serves as the top-level domain registry, to make any changes necessary to restrain and lock the domain name pending transfer of all rights, title, and interest in the Subject Domain Name to the United States upon completion of forfeiture proceedings.

     B.     Upon seizure of the Subject Domain Names, the Subject Registry shall point the Subject Domain Names to IP address 74.81.170.109 (for "ns.1.<Subject Domain Name>" name server fields) and 74.81.170.108 (for "ns2.<Subject Domain Name>" name server fields), at which the Government will display a web page with the following notice:

> This domain name has been seized by ICE - Homeland Security Investigations pursuant to a seizure warrant issued by a United States District Court under the authority of Title 18, United States Code, Sections 981 and 2323.
>
> Intentionally and knowingly trafficking in counterfeit goods is a federal crime that carries penalties for first time offenders of up to ten years in federal prison, a $2,000,000 fine, forfeiture and restitution (Title 18, United States Code, Section 2320).

     C.     Upon seizure of the Subject Domain Names, the Subject Registry will take all steps necessary to restrain and lock the domain at the registry level to ensure that changes to the subject domain names cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with United States Immigration and Customs Enforcement. All name server fields will be changed to reflect "ns1.<Subject Domain Name>" and "ns2.<Subject Domain Name>"; *i.e.*: "ns1.domainname.com" and/or "ns2.domainname.com."

II.    Subject Registry

     VeriSign, Inc.
     21355 Ridgetop Circle
     Dulles, VA 20166

III.   Subject Domain Names

         (a)    the domain name huayetrade.com;
         (b)    the domain name jerseys-factory.com.