UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF APPLICATION ) | Mag. No. |
| FOR A SEIZURE WARRANT FOR: ) | |
| ) | **UNDER SEAL** |
| THE DOMAIN NAME ) | |
| JERSEYS-FACTORY.COM ) | |
| ) | |

# O R D E R

This matter came before the Court on the Government's motion for a sealing order. In consideration of the criteria set forth in *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and the representations made in the Government's motion, it is by the Court on this ____ day of March, 2012.

**ORDERED** that the Clerk of the Court shall place and maintain under seal the affidavit in support of the seizure warrant for the above-named domain name, as well as the Government's Motion to Seal and this Court's Order to Seal, until further order of the Court.

JOHN M. FACCIOLA
United States Magistrate Judge